UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLAN MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OLIVER, et al.,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-01570-GMN-NJK<br><br>**ORDER** |

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff has been released, and he is no longer at the address listed with the Court. The Court notes that, pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

Accordingly, for the reasons stated above,

IT IS ORDERED that Plaintiff must file his updated address with the Court on or before **February 10, 2025**.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number.

IT IS SO ORDERED.

DATED: January 10, 2025.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE